PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Candido Mayet
**Docket Number:** 07-00151-001
**PACTS Number:** 41296

**Name of Sentencing Judicial Officer:** Honorable Susan D. Wigenton, United States District Judge

**Date of Original Sentence:** 07/29/1991

**Original Offenses:** Count One: Conspiracy to Transport Monetary Instruments Without Filing a Report, 18 U.S.C. § 371 [31 U.S.C. §§ 5316 & 5322]; Count Two: Conspiracy to Export Cocaine, 21 U.S.C. § 846 [21 U.S.C. § 953]; Count Three: Transporting Monetary Instruments Without Filing a Report, 31 U.S.C. §§ 5316 & 5322; Count Four: False Statements, 18 U.S.C. § 1001 [18 U.S.C. § 659]; Count Seven: Exportation of Cocaine, 21 U.S.C. §§ 953 & 960; Count Eight: Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1); Count Nine: Possession of False Passport Documents, 18 U.S.C. § 1028(a)(4); and Count Ten: False Statements, 18 U.S.C. § 1001.

**Original Sentence:** 189 months imprisonment; 8 years supervised release; $400 special assessment ($50 on each count). Special conditions: 1) drug testing and treatment.

**Type of Supervision:** Supervised Release
**Date Supervision Commenced:** 07/05/2004

**Assistant U.S. Attorney:** To Be Assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** To Be Assigned, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102 (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On September 14, 2008, Mayet was arrested by members of the Rahway Police Department and charged with operating a motor vehicle under the influence (alcohol) and possession of cocaine. |
| | On January 13, 2009, Mayet appeared in Rahway Municipal Court and was convicted of driving while under the influence and possession of drug paraphernalia. |

2.     The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

The offender submitted urine samples which yielded positive results for cocaine on the following dates: October 30, 2006; June 29, 2007; August 27, 2007; and September 18, 2008.

3     The offender has violated the supervision condition which states **You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

Since the commencement of supervision, the offender has failed to obtain verifiable employment, despite numerous directives to do so. For the past several months, the offender has worked "under the table" as an accountant and notary.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Dorsey
U.S. Probation Officer

Date: 03/18/09

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 4/8/09 @ 10:00
[ ] No Action
[ ] Other

Signature of Judicial Officer

March 25, 2009
Date